People of the State of Illinois ex rel. Oscar Nelson, plaintiff, v. Prudential State Savings Bank, defendant. Charles H. Albers, appellant, v. Jacob Betten and Minnie Betten, individually and as executors of estate of Mabel M. Eddy, deceased, appellees. Gen. No. 40,348.

Opinion filed April 10, 1939.

Frederick H. Chetlain, for appellant; Kent G. Chetlain, of counsel. Ditchburne & Lounsbury, for appellees; Charles E. Lounsbury, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

Maxwell Landis, appellant, v. Timothy Klapperich and Emil Rosenthal, appellees. Gen. No. 40,431.

Opinion filed April 10, 1939. Rehearing denied April 24, 1939.

Alvin Landis, for appellant; Sidney T. Feinberg, of counsel. Irving L. Block, for appellee Emil Rosenthal.

Mr. Justice Matchett delivered the opinion of the court.

Mary Stark, appellee, v. New Home Benefit Association, appellant. Gen. No. 40,439.

Opinion filed April 10, 1939.

David J. Maddox, for appellant. Norman & Norman, for appellee; Edward W. Norman and Irving R. Norman, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

In the matter of estate of Joseph J. Reiter, deceased. Appeal of Helen Dold, appellant, v. Marie A. Reiter and Agnes A. Reiter, administratrices of estate of Joseph J. Reiter, deceased, appellees. Gen. No. 40,449.

Opinion filed April 10, 1939.

Paul A. F. Warnholtz, for appellant; Frederick J. Bertram, of counsel. Joseph A. Ricker, for appellees.

Mr. Justice Matchett delivered the opinion of the court.